AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>IXCHOP-Alvarado, Fredy Augusto<br><br><br><br>Defendant. | )<br>)<br>)<br>)   Case No.   5:25-mj-00137 (TWD)<br>)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**May 05 - 2025**
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2, 2025, in the county of Jefferson in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, after having been removed from the United States, entered and thereafter was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

*Complainant's signature*

Border Patrol Agent Evan Drake
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  May 5, 2025

*Judge's signature*

City and State:   Syracuse, New York          Hon. Thérèse Wiley Dancks
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF JEFFERSON ) SS: 5:25-mj-00137 (TWD)
CITY OF WATERTOWN )

I, Evan Drake, being duly sworn, deposes and states:

On May 2, 2025, a Border Patrol Agent (BPA) was conducting surveillance in Watertown, NY and observed a blue Toyota Corolla bearing NY license plate LRW6172, arrive and pick up two subjects. This has fit the pattern of multiple Wellesley Island Border Patrol Station (WIB) Targeting Unit (TU) events involving subjects that are illegally present in the United States.

At approximately 6:55 a.m., on Gaffney Dr. in Watertown, NY, the BPA conducted a vehicle stop on the blue Toyota Corolla to conduct an immigration inspection on all subjects in the vehicle. The BPA announced himself as a Border Patrol Agent and began to speak to the driver. While the BPA was talking to the driver, a second BPA announced himself as a Border Patrol Agent and conducted an immigration inspection on the remaining passengers. The passenger in the back seat was later identified as Fredy Augusto IXCHOP-Alvarado (IXCHOP).

IXCHOP admitted to the BPA that he was a citizen of Guatemala and did not have documents to enter or remain in the United States legally. IXCHOP admitted he was in the United States illegally. The BPA then placed IXCHOP under arrest for being in the United States illegally.

Records checks confirmed that IXCHOP was previously apprehended in the United States on February 5, 2010, and charged with 8 USC § 1325 (improper entry by alien). He was sentenced by the magistrate in Del Rio, TX on February 10, 2010. IXCHOP was ordered removed and he departed the U.S. on March 18, 2010, through San Antonio, TX after serving ten days in jail and being placed on probation. During the intake proceedings on May 2, 2025, IXCHOP admitted to illegally reentering the U.S. in El Paso, TX on August 28, 2023.

//

//

//

//

Attested to by the affiant:

_____
Evan Drake
U.S. Border Patrol Agent

I, the Honorable Hon. Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephon on May _5_, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Thérèse Wiley Dancks
United States Magistrate Judge
Northern District of New York